JUSTICE COTTER
dissents.
¶57 I respectfully dissent from the Court’s disposition of Issue No. 3. I would conclude that Brimstone’s easement, if indeed it had one, was extinguished by reverse adverse possession.
¶58 As the Court notes at ¶¶ 14-16, Glaus built a fence on the northern boundary of his property along Parrot Bench Road in 1990, and then installed a gate over the entrance to his property at Mayflower Road and placed a lock on it. He erected “no trespassing” signs. When Brimstone’s agents encountered the gate, Glaus gave them a key and told them they could use the road with permission. This state of affairs continued for over five years. As the Court notes in ¶ 16, Glaus wrote to Antonioli in January 1996, reiterating that use of Mayflower Road over his property was with permission. The Court even concedes at ¶ 38 that the testimony was undisputed that Glaus gave Brimstone’s agents a key and “permission” to use the road.
¶59 I disagree with the Court’s conclusion that “more” was required of Glaus than blocking the road, posting “no trespassing” signs, issuing a key, and telling Brimstone’s agents that use of the road would be with permission only. ¶ 39. As to Brimstone, Glaus showed open, notorious, exclusive, adverse, continuous and uninterrupted use of the easement for the full statutory period, by clear and convincing evidence. Wareing, 280 Mont. at 206, 930 P.2d at 43. In fact, as indicated above, the evidence to this effect was uncontradicted. Under our adverse possession jurisprudence, this showing is sufficient. “More” is not required. Therefore, I would conclude that Glaus established that Brimstone’s easement was extinguished by reverse *255 adverse possession.
¶60 I would not disturb the District Court’s ruling with respect to the oral agreement. I would, however, conclude that the District Court erred in awarding damages to Brimstone, and I would remand for a hearing on the question of whether and to what extent Glauses are entitled to damages.
JUSTICE REGNIER concurs in the forgoing dissent.
Appendix
[[Image here]]